UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
MIHAIL TUTUIANU,

                Plaintiff,

-against-

JO ANNE B. BARNHART
Commissioner of Social Security,

                Defendant.
----------------------------------------------------------------X

JUDGMENT
06-CV- 0312 (JG)

**FILED**
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ JUN 30 2006 ★
**BROOKLYN OFFICE**

    An Order of Honorable John Gleeson, United States District Judge, having been filed on June 26, 2006, reversing and remanding the unfavorable portion of the Commissioner's final decision for issuance of a new decision finding that plaintiff was disabled as the date of the filing of his SSI claim on January 29, 1996, pursuant to the fourth sentence of 42 U.S.C. § 405(g), incorporated by reference in 42 U.S.C. § 405(g) 1383(c)(3); it is

    ORDERED and ADJUDGED that the unfavorable portion of the Commissioner's final decision is reversed and remanded for issuance of a new decision finding that plaintiff was disabled as the date of the filing of his SSI claim on January 29, 1996, pursuant to the fourth sentence of 42 U.S.C. § 405(g), incorporated by reference in 42 U.S.C. § 405(g) 1383(c)(3).

Dated: Brooklyn, New York
         June 29, 2006

s/Robert C. Heinemann
_____
ROBERT C. HEINEMANN
Clerk of Court